UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Miguel Obregon, Jr. | § | |
| | § | |
| | § | Civil Action No. |
| | § | |
| v | § | 5:19-cv-518-DAE |
| | § | |
| | § | |
| | § | |
| AmSher Collection Services Inc. | § | |
| | § | |

Notice of Settlement

_____

The parties have settled this matter, however, there remains some work to be done between the parties before it can be dismissed. Plaintiff expects the matter to be fully resolved within 30 days. One settlement is complete Plaintiff will file a stipulation of dismissal.

Dated: July 29, 2019

Respectfully Submitted,

/s/William M. Clanton
William M. Clanton
Texas Bar No. 24049436

Law Office of Bill Clanton, P.C.
926 Chulie Dr.
San Antonio, Texas 78216
210 226 0800
210 338 8660 fax
bill@clantonlawoffice.com

Certificate of Service

I certify that on this day, I filed the foregoing with the Clerk of Court via the CM/ECF system which will send notification of such filing to the following:

Charles R. Penot Jr.
Sessions, Fishman, Nathan & Israel
900 Jackson Street, Suite 440
Dallas, TX 75202

Signed July 29, 2019 /s/William M. Clanton