IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MIGUEL OBREGON, JR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:19-cv-00518-DAE |
| AMSHER COLLECTION SERVICES, INC., | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, plaintiff, Miguel Obregon, Jr., and defendant, AmSher Collection Services, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: 8/30/19

JUDGE DAVID A. EZRA
UNITED STATES DISTRICT COURT